UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

RAYMOND CIMINO,

                          Plaintiff,

                                                      DECISION AND ORDER

                                                        02-CV-6603L

                        v.

MARK GLAZE, et al.,

                          Defendants.

_____

By letter dated April 6, 2010, and filed April 13, 2010 (Dkt. #71), plaintiff requests that the Court grant him copies of the trial transcript, at court expense, in this civil action so that he may use portions as part of collateral proceedings that he apparently intends to bring in New York State Court as part of a challenge to his criminal conviction there for which he is presently serving a lengthy sentence.

The motion is denied. The Court declines to order free transcripts for use in state court proceedings which are unrelated to the federal action.[1]

IT IS SO ORDERED.

                                                 _____
                                                     DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
        April 15, 2010.

---

[1] By Decision and Order entered October 21, 2009 (Dkt. #67) this Court previously denied plaintiff's request for transcripts for the appeal in this civil action for the reasons stated in that order.